October 21, 1983.

467 A.2d 57

Clay v. Aetna Life and Cslty., Appellant.

Petition for Allowance of Appeal
Denied Dec. 29, 1983.

Submitted September 13, 1983. Andrew John Trevelise, for appellant; H. Michael Cohen, for appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.

467 A.2d 58

Commonwealth v. Bonk, Appellant.

Submitted September 14, 1983. Patrick J. Flannery, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.